Matter of Gabor (2024 NY Slip Op 04647)

Matter of Gabor

2024 NY Slip Op 04647

Decided on September 26, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:September 26, 2024

PM-188-24
[*1]In the Matter of Emily Elizabeth Gabor, an Attorney. (Attorney Registration No. 5638093.)

Calendar Date:September 16, 2024

Before:Garry, P.J., Egan Jr., Aarons, Pritzker and Ceresia, JJ.

Emily Elizabeth Gabor, Mequon, Wisconsin, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Emily Elizabeth Gabor was admitted to practice by this Court in 2018 and lists an address in Washington, DC with the Office of Court Administration. Gabor now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Gabor's application.
Upon reading Gabor's affidavit sworn to July 9, 2024 and filed July 22, 2024, and upon reading the August 28, 2024 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Gabor is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Egan Jr., Aarons, Pritzker and Ceresia, JJ., concur.
ORDERED that Emily Elizabeth Gabor's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Emily Elizabeth Gabor's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Emily Elizabeth Gabor is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Gabor is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Emily Elizabeth Gabor shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.